IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:13CR403-1
:
ALEXIS MORGAN GRAY :

The Grand Jury charges:

On or about November 25, 2012, in the County of Alamance, in the Middle District of North Carolina, ALEXIS MORGAN GRAY traveled in interstate commerce with the intent to kill, injure, harass, and intimidate an individual whose initials are G.S.S, a dating partner of said defendant, and while in the course of and as a result of said travel, attempted to commit a crime of violence against G.S.S.; in violation of Title 18, United States Code, Section 2261(a)(1) and (b)(3).

A TRUE BILL:

FOREPERSON

_____
T. NICK MATKINS
SPECIAL ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY